IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED CLERK
S. DISTRICT COURT

PM 2:54

TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | BY_____ |
| | § | |
| V. | § | CRIMINAL NO. 6:11CR ⊃⨞ |
| | § | JUDGE _Davis / Guthrie_ |
| CLIFFORD RAY WARD (01) | § | |
| ▮▮▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | § | **SEALED** |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮ | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

> Violation: 21 U.S.C. § 846
> (Conspiracy to possess with intent to distribute
> and distribution of at least 112 grams but less
> than 196 grams of a mixture or substance
> containing a detectable amount of cocaine base,
> also known as "crack cocaine")

From in or about May, 2010, the exact date being unknown, and continuing

thereafter, until at least the date of the return of this indictment, in the Eastern District of

Texas and elsewhere, **Clifford Ward,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Indictment - Page 1

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████ the defendants herein, did knowingly, intentionally,

and unlawfully, combine, conspire, confederate, and agree together, with each other and

with others, both known and unknown to the United States Grand Jury, to violate a law of

the United States, to-wit, 21 U.S.C. § 841(a)(1), prohibiting the possession with intent to

distribute and distribution of at least 112 grams but less than 196 grams of a mixture or

substance containing a detectable amount of cocaine base, also known as "crack cocaine,"

a Schedule II controlled substance.

In violation of 21U.S.C. § 846.


## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses [21U.S.C. §

846] alleged in this indictment, defendants herein shall forfeit to the United States

pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1.   any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violation;

2.   any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and/or,

3.   any and all firearms, ammunition and accessories seized from defendants, including but not limited to the following:

**CASH PROCEEDS:**

> $70,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

**Substitute Assets**

> If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants -

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
RICHARD L. MOORE
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 (fax)

_____
Date

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:11CR  _78_ |
| V. | § | JUDGE _Davis / Guthrie_ |
| | § | |
| CLIFFORD RAY WARD (01) | § | |

## NOTICE OF PENALTY

### COUNT ONE
### (Conspiracy)

| | |
|---|---|
| Violation: | 21 U.S.C. § 846 <br> (Conspiracy to possess with intent to distribute and distribution of at least 112 grams but less than 196 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine") |
| Penalty: | Imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $5,000,000, or both. A term of supervised release of at least 4 years in addition to such term of imprisonment. |
| Special Assessment: | $100.00 |